IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MORRIS, JR.,

    Plaintiff,                                No. CIV S-00-2794 GEB GGH P

  vs.

ANTHONY NEWLAND, et al.,

    Defendants.                              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a fourth amended complaint, not to exceed twenty pages in length nor to include exhibits, pursuant to the court's order of July 7, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 20, 2005 request for an extension of time is granted; and

        2. Plaintiff shall file a fourth amended complaint, not to exceed twenty pages in length nor to include exhibits on or before September 6, 2005.

DATED: 7/29/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
morr2794.36