IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP MORRIS, JR.

    Plaintiff,                    No. CIV S-00-2794 GEB GGH P

    vs.

ANTHONY NEWLAND, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed July 7, 2005, plaintiff's third amended complaint was stricken with leave granted for the filing of a fourth amended complaint. Plaintiff filed a fourth amended complaint on September 8, 2005.[1] Defendants have not filed a response.

        Accordingly, IT IS ORDERED that defendants Weaver, Newland, Cambra, Fletcher and Paul must file their response, in the form of a motion or an answer, within 30 days of the filed date of this order.

DATED: 3/22/06                /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:009 - morr2794.ac4

---

[1] Plaintiff was granted an extension of time to file the fourth amended complaint by order filed on July 29, 2005.