IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP MORRIS, JR.,

    Plaintiff,                           No. CIV S-00-2794 GEB GGH P

    vs.

ANTHONY NEWLAND, et al.,

    Defendants.                     <u>ORDER</u>

                                /

          Plaintiff has requested an extension of time to file a pretrial motion pursuant to the court's order of April 25, 2007, which the court construes as plaintiff's request for additional time to file a motion for summary judgment. Although the court noted in the earlier order, as plaintiff concedes, that requests for extensions of time for filing a pretrial motion would be disfavored, and although plaintiff has not submitted an affidavit in support of the request, the undersigned finds that plaintiff has set forth circumstances sufficiently exigent to warrant granting the request.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff's September 10, 2007 request for an extension of time is granted;

          2. Plaintiff is granted thirty days from the date of this order in which to file a pretrial motion, that is, a motion for summary judgment; and

\\\\\

3. No further extension of time will be granted.

DATED: 9/18/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
morr2794.36